UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

KENTRAIL BELK                                                    PETITIONER

V.                                            CIVIL ACTION NO.1:09CV242-SA-JAD

RAYFORD HORTON, et al.                                          RESPONDENTS

## **FINAL JUDGMENT**

On consideration of the file and records in this action, the Court finds that the Report and

Recommendation of the United States Magistrate Judge dated March 15, 2010, was on that date duly

served by first class mail upon the petitioner, and the attorneys of record for the respondents; that

more than fourteen days have elapsed since service of said Report and Recommendation, and that

no objection thereto has been filed or served by said parties. The Court is of the opinion that the

Report and Recommendation should be approved and adopted as the opinion of the Court. It is,

therefore

ORDERED:

1.      That the Report and Recommendation of the United States Magistrate Judge dated

March 15, 2010, be, and it is hereby, approved and adopted as the opinion of the Court; and

2.      That Petitioner's Habeas Corpus Petition is hereby denied and this case is dismissed

with prejudice.

THIS, the   3rd   day of May, 2010.

 **/s/ Sharion Aycock**
**U.S. DISTRICT JUDGE**